**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Roger R. Riemann, Petitioner,

v.

Palmetto Gems & Gemological Services, Inc. and Thomas Shofner, in his individual capacity, Respondents.

Appellate Case No. 2015-001100

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal From Lexington County
R. Knox McMahon, Circuit Court Judge

---

Memorandum Opinion No. 2016-MO-003
Heard February 10, 2016 – Filed February 24, 2016

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Eugene Hamilton Matthews, Sheila Marlouvon Bias and Carmen Vaughn Ganjehsani, all of Richardson Plowden & Robinson, P.A., of Columbia, for Petitioner.

Angus H. Macaulay and James Andrew Byars, both of
Nexsen Pruet, L.L.C., of Columbia, for Respondents.

--------

**PER CURIAM:**  We granted Roger R. Riemann's petition for a writ of certiorari to review the decision of the Court of Appeals in *Riemann v. Palmetto Gems & Gemological Servs.*, Op. No. 2015-UP-107 (S.C. Ct. App. filed Mar. 4, 2015).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**PLEICONES, C.J., BEATTY, KITTREDGE, HEARN, JJ., and Acting Justice Alison Renee Lee, concur.**